20180514093952

| AO 440 (Rev. 06/12) Summons in a Civil Action | RETURN OF SERVICE |
|---|---|

SERVICE OF:
EFFECTED (1) BY ME: Sharlene Ryan
TITLE: **PROCESS SERVER**

**SUMMONS IN A CIVIL ACTION, COMPLAINT, MOTION AND ORDER FOR ADMISSION AND CERTIFICATION**

DATE: 5/15/2018 at 1:28 PM

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

☑ Served personally upon the defendant

LIBERTY POWER CORP, L.L.C. C/O CORPORATE CREATIONS NETWORK, INC., REGISTERED AGENT - Accepted by Alexa Siemenski

Place where served:

3411 SILVERSIDE RD. TATNALL BUILDING, STE. 304 WILMINGTON DE ~~19808~~ 19810

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

Relationship to defendant   Managing Agent authorized to accept service

Description of Person Accepting Service:

SEX: F   AGE: 36   HEIGHT: 5'6"   WEIGHT: 145 lb   SKIN: White   HAIR: Brown   OTHER:

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____    SERVICES $ _____    TOTAL $ _____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 5 / 16 / 20 18

SIGNATURE OF Sharlene Ryan   L.S.
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

ATTORNEY: AYTAN Y. BELLIN, ESQ.
PLAINTIFF: ANDREW R. PERRONG
DEFENDANT: LIBERTY POWER CORP, L.L.C.
VENUE: DISTRICT
DOCKET: 1 18 CV 00712 UNA
COMMENT: