UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANDREW R. PERRONG,<br>on behalf of himself and<br>all other similarly situated,<br><br>   Plaintiff,<br><br>   v.<br><br>LIBERTY POWER CORP, L.L.C.,<br><br>   Defendant. | Case No. 1:18-cv-000712-GMS<br><br>CLASS ACTION |

**DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED AND PARTIAL MOTION TO DISMISS PLAINTIFF'S COMPLAINT FOR LACK OF <u>SUBJECT MATTER JURISDICTION</u>**

Defendant Liberty Power Corp, L.L.C. ("Defendant" or "Liberty Power"), by counsel, moves to dismiss Plaintiff Andrew R. Perrong's ("Plaintiff") Complaint in its entirety for failure to state a claim upon which relief can be granted. In the alternative, Defendant moves to partially dismiss Plaintiff's Complaint requesting injunctive relief as moot for lack of subject matter jurisdiction. In support thereof, Defendant refers the Court to the accompanying Brief in Support.

/

/

/

/

/

/

Respectfully submitted,

**ECKERT SEAMANS CHERIN & MELLOTT, LLC**

By: /s/ Peter Murphy
Peter Murphy (DE Id. # 5043)
222 Delaware Avenue, 7th Floor
Wilmington, DE 19801
Telephone: 302-552-2906
Fax: 302-574-7401
Email pmurphy@eckertseamans.com
*Co-Counsel for Defendant Liberty Power Corp., L.L.C.*

Charles A. Zdebski (of counsel)
Jeffrey P. Brundage (of counsel)
**ECKERT SEAMANS CHERIN & MELLOTT, LLC**
1717 Pennsylvania Avenue, N.W.
12th Floor
Washington, DC 20006
Telephone: 202-659-6676
Facsimile: 202-659-6699
Email: czdebski@eckertseamans.com
Email: jbrundage@eckertseamans.com
*Co-Counsel for Defendant Liberty Power Corp., L.L.C.*

## LOCAL RULE 7.1.1 CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1.1, counsel for the Defendant hereby certifies that counsel for the parties conferred on June 15, 2018, and that Plaintiff's counsel has not assented to the relief sought.

/s/ Peter Murphy
Peter Murphy