# EXHIBIT B

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

ANDREW R. PERRONG, )
on behalf of himself and )
all other similarly situated, )
                               )
    Plaintiff, )
                               )
    v. )    Case No. 1:18-cv-000712-GMS
                               )
LIBERTY POWER CORP, L.L.C., )
    Defendant. )

## **DECLARATION OF GARY DONALDSON**

I, Gary Donaldson, upon my own personal knowledge, under oath hereby depose and state as follows:

1. I am over the age of 18 years old and otherwise competent to testify.

2. I am a Senior Manager in Mass Market Telesales at Liberty Power Corp., LLC.

3. **Exhibit A**, MP3 #1, is a true and accurate copy of an audio recording between Caleb Sam and a Liberty Power telemarketing vendor.

4. **Exhibit C**, MP3 #2, is a true and accurate copy of an audio recording of a conversation between Andrew Perrong and a Liberty Power telemarketing vendor.

5. The telephone number 215-338-3058 was a "warm lead" because during a telephone call on a different topic matter, the owner of that telephone number gave permission to be called regarding electricity suppliers.

6. Liberty Power Corp., L.L.C. placed Andrew Perrong's telephone number, 215-338-3458, on its internal do not call list on May 11, 2018.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 26, 2018

_____
Gary Donaldson