# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANDREW R. PERRONG,<br>on behalf of himself and<br>all other similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>LIBERTY POWER CORP, L.L.C.,<br><br>    Defendant. | Case No. 1:18-cv-000712-GMS |

## NOTICE OF FILING MULTI-MEDIA MATERIALS

Notice is hereby given that the exhibits listed below have been manually filed with the Court and are available in electronic form only: **Exhibit A**, MP3 #1, and **Exhibit C**, MP3 #2, to Defendant's Brief-Opening Brief in Support of Defendant's Motion to Dismiss Plaintiff's Complaint for Failure to State a Claim Upon Which Relief Can Be Granted and Partial Motion to Dismiss Plaintiff's Complaint for Lack of Subject Matter Jurisdiction.

The original documents are maintained in the case file in the Clerk's Office.

/

/

/

/

/

/

/

June 26, 2018                                    Respectfully submitted,

**ECKERT SEAMANS CHERIN & MELLOTT, LLC**

By: /s/ Peter Murphy
Peter Murphy (DE Id. # 5043)
222 Delaware Avenue, 7th Floor
Wilmington, DE 19801
Telephone: 302-552-2906
Fax: 302-574-7401
Email pmurphy@eckertseamans.com
*Co-Counsel for Defendant Liberty Power Corp., L.L.C.*

Charles A. Zdebski (of counsel)
Jeffrey P. Brundage (of counsel)
**ECKERT SEAMANS CHERIN & MELLOTT, LLC**
1717 Pennsylvania Avenue, N.W.
12th Floor
Washington, DC 20006
Telephone: 202-659-6676
Facsimile: 202-659-6699
Email: czdebski@eckertseamans.com
Email: jbrundage@eckertseamans.com
*Co-Counsel for Defendant Liberty Power Corp., L.L.C.*