**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ANDREW R. PERRONG, )<br>on behalf of himself and )<br>all other similarly situated, )<br>                               )<br>    Plaintiff, )<br>                               )<br>    v. )<br>                               )<br>LIBERTY POWER CORP, L.L.C., )<br>                               )<br>    Defendant. )<br>                               ) | Case No. 1:18-cv-000712-GMS<br><br>CLASS ACTION |

**NOTICE OF CONSTITUTIONAL QUESTION**

Defendant Liberty Power Corp, L.L.C. ("Defendant" or "Liberty Power"), by counsel, pursuant to FED. R. CIV. P. 5.1 and 28 U.S.C. § 2403(a), files this Notice of Constitutional Question ("Notice"), and states as follows.

1.  On June 26, 2018, Defendant filed a Motion to Dismiss Plaintiff's Complaint, arguing that the Telephone Consumer Protection Act ("TCPA") was unconstitutional. D. I. 8, 8-1. Specifically, Defendant averred the TCPA, 47 U.S.C. § 227(b)(1)(A)(iii), expressly contains content-based restrictions that violate both the First Amendment to the United States Constitution ("Constitution") and the Equal Protection Clause of the Fourteenth Amendment to the Constitution. *Id.*

2.  Pursuant to FED. R. CIV. P. 5.1(A)(2), this Notice and the above identified papers are being served on the Attorney General of the United States via certified mail.

June 28, 2018                                     Respectfully submitted,

                                                            **ECKERT SEAMANS CHERIN & MELLOTT, LLC**

By: /s/ Peter Murphy
Peter Murphy (DE Id. # 5043)
222 Delaware Avenue, 7th Floor
Wilmington, DE 19801
Telephone: 302-552-2906
Fax: 302-574-7401
Email pmurphy@eckertseamans.com
*Co-Counsel for Defendant Liberty Power Corp., L.L.C.*

Charles A. Zdebski (of counsel)
Jeffrey P. Brundage (of counsel)
**ECKERT SEAMANS CHERIN & MELLOTT, LLC**
1717 Pennsylvania Avenue, N.W.
12th Floor
Washington, DC  20006
Telephone:  202-659-6676
Facsimile:  202-659-6699
Email: czdebski@eckertseamans.com
Email:  jbrundage@eckertseamans.com
*Co-Counsel for Defendant Liberty Power Corp., L.L.C.*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on June 28, 2018, the following document was served via certified mail on the following:

        Jefferson B. Sessions III
        Attorney General
        U.S. Department of Justice
        950 Pennsylvania Avenue, NW
        Washington, DC 20530-0001


        /s/ Peter Murphy
        Peter Murphy