IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANDREW R. PERRONG, on behalf of himself and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>LIBERTY POWER CORP., L.L.C.,<br><br>*Defendant*. | No. 1:18-cv-712-GMS |

**UNOPPOSED MOTION TO EXTEND THE UNITED STATES OF AMERICA'S DEADLINE TO DECIDE WHETHER TO INTERVENE**

1. On June 28, 2018, Defendant in the above-captioned action, Liberty Power Corp., L.L.C., filed a Notice of Constitutional Question pursuant to Federal Rule of Civil Procedure 5.1(a). *See* D.I. 10 (Rule 5.1(a) Notice). In that Notice, Defendant stated that its Motion to Dismiss Plaintiff's Complaint, filed two days prior, "argu[ed] that the Telephone Consumer Protection Act ('TCPA') was unconstitutional." *Id.* at 1. Specifically, "Defendant averred that the TCPA, 47 U.S.C. § 227(b)(1)(A)(iii), expressly contains content-based restrictions that violate both the First Amendment to the United States Constitution . . . and the Equal Protection Clause of the Fourteenth Amendment to the Constitution." *Id.*; *see also* D.I. 8 (Def. Mot. to Dismiss). This Court has not yet certified the constitutional question, as set forth in Rule 5.1(b) and 28 U.S.C. § 2403.

2. Under 28 U.S.C. § 2403(a), the United States may intervene in any federal court action in which the constitutionality of an Act of Congress is drawn into question. By operation of Rule 5.1, the current deadline for the United States to intervene is August 27, 2018, unless the Court sets a later date, *see* Fed. R. Civ. P. 5.1(c). Counsel for the United States respectfully advises

1

the Court that the United States has not yet decided whether to intervene in this action to defend the constitutionality of § 227(b)(1)(A)(iii). The approval of the Solicitor General is required for the United States to intervene in an action to defend the constitutionality of a federal statute. *See* 28 C.F.R. § 0.21. The process of obtaining a decision on intervention from the Solicitor General generally takes at least several weeks, sometimes longer, and Defendant's Rule 5.1(a) notice only days ago came to the attention of the office within the Department of Justice responsible for recommending to the Solicitor General whether intervention is warranted. Consequently, additional time is needed to permit a decision on intervention.

3. Accordingly, counsel for the United States hereby submits this unopposed motion to extend the time period during which the United States may intervene for the limited purpose of defending the constitutionality of the TCPA by an additional sixty days, to and including **October 26, 2018**. If the United States intervenes, it will be prepared to file its memorandum in defense of the constitutionality of the statute that same day.

4. Undersigned counsel has conferred with counsel for both Plaintiffs and Defendant, who informed undersigned counsel that both parties consent to this motion and the requested sixty-day extension. A proposed order is attached.

Respectfully submitted this 21st day of August, 2018,

DAVID C. WEISS
United States Attorney for the District of Delaware

CHAD A. READLER
Acting Assistant Attorney General

ERIC R. WOMACK
Assistant Director, Federal Programs Branch

ANJALI MOTGI
Trial Attorney (TX Bar No. 24092864)
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave, NW
Washington, DC 20530
Tel: (202) 305-0879
Fax: (202) 616-8470
Anjali.Motgi@usdoj.gov

/s/ Jennifer Hall
Jennifer Hall (#5122)
Assistant United States Attorney
1007 Orange Street, Suite 700
Wilmington, DE 19899-2046
(302) 573-6277
jennifer.hall@usdoj.gov

*Counsel for the United States of America*

**DELAWARE LOCAL RULE 7.1.1 STATEMENT**

Pursuant to Delaware Local Rule 7.1.1, a reasonable effort has been made to reach agreement with the parties on the matters set forth in this motion. Counsel for the parties have informed counsel for the government that they do not oppose this motion.

/s/ Jennifer Hall
Jennifer Hall

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ANDREW R. PERRONG, on behalf of himself and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>LIBERTY POWER CORP., L.L.C.,<br><br>*Defendant*. | No. 1:18-cv-712-GMS |

**ORDER GRANTING UNOPPOSED MOTION TO
EXTEND THE UNITED STATES' DEADLINE TO INTERVENE**

Upon consideration of the United States of America's unopposed motion for extension of time to decide whether to intervene, and for good cause shown, it is hereby ORDERED that the United States' deadline to intervene shall be extended to and including October 26, 2018.

It is SO ORDERED.


Dated: _____, 2018       _____
                                            HONORABLE GREGORY M. SLEET
                                            UNITED STATES DISTRICT JUDGE