**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ANDREW R. PERRONG, on behalf of himself and all others similarly situated, *Plaintiffs*, v. LIBERTY POWER CORP., L.L.C., *Defendant*. | No. 1:18-cv-712-MN |

**UNITED STATES OF AMERICA'S NOTICE OF INTERVENTION
IN SUPPORT OF THE CONSTITUTIONALITY OF
THE TELEPHONE CONSUMER PROTECTION ACT OF 1991**

Pursuant to Federal Rules of Civil Procedure 5.1(c) and 24(a)(1), and in accordance with the authorization of the Solicitor General of the United States, the United States of America hereby intervenes in this case for the limited purpose of defending the constitutionality of the Telephone Consumer Protection Act of 1991 ("TCPA"), 47 U.S.C. § 227. On June 28, 2018, Liberty Power Corp., L.L.C., Defendant in the above-captioned action, filed a Notice of Constitutional Question pursuant to Federal Rule of Civil Procedure 5.1(a). *See* D.I. 10. In that Notice, Defendant stated that its Motion to Dismiss Plaintiff's Complaint, filed two days prior, "argu[ed] that the Telephone Consumer Protection Act ('TCPA') was unconstitutional." *Id.* at 1. Specifically, "Defendant averred that the TCPA, 47 U.S.C. § 227(b)(1)(A)(iii), expressly contains content-based restrictions that violate both the First Amendment to the United States Constitution . . . and the Equal Protection Clause of the Fourteenth Amendment to the Constitution." *Id.*; *see also* D.I. 8 (Def. Mot. to Dismiss).

1

The Court has not yet certified the constitutional question, as set forth in Rule 5.1(b) and 28 U.S.C. § 2403.  On August 27, the Court granted the Government's unopposed motion for an extension of time, and ordered that the United States decide whether to intervene by October 26, 2018.  *See* D.I. 19 (Aug. 27 Order).

The United States has a right to intervene in this case pursuant to the Federal Rules of Civil Procedure and relevant statute.  Rule 5.1(c) permits the Attorney General to intervene in an action where, as here, the constitutionality of a federal statute is challenged.  *See* Fed. R. Civ. P. 5.1(c).  Rule 24 further permits a non-party to intervene when the non-party "is given an unconditional right to intervene by a federal statute."  Fed. R. Civ. P. 24(a)(1).  The United States has an unconditional statutory right to intervene "[i]n any action . . . wherein the constitutionality of an Act of Congress affecting the public interest is drawn in question . . . ."  28 U.S.C. § 2403(a).  In such an action, "the court . . . shall permit the United States to intervene . . . for argument on the question of constitutionality."  *Id*.  Here, Defendant has "drawn in question" the constitutionality of the TCPA, and the United States has an unconditional right to intervene to defend the statute.

This notification is timely under the Court's Order of August 27, 2018.  Pursuant to that same Order, the United States will file its memorandum in defense of the constitutionality of the TCPA concurrently with this Notice.  Thus, the United States hereby provides notice of intervention in this matter for the limited purpose of defending the constitutionality of Section 227(b)(1)(A)(iii) of the TCPA.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: October 26, 2018 | DAVID C. WEISS<br>United States Attorney for the District of Delaware |

JOSEPH H. HUNT
Assistant Attorney General

ERIC R. WOMACK
Assistant Director, Federal Programs Branch

ANJALI MOTGI
Trial Attorney (TX Bar No. 24092864)
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave, NW
Washington, DC 20530
Tel: (202) 305-0879
Fax: (202) 616-8470
Anjali.Motgi@usdoj.gov

/s/ Jennifer Hall
Jennifer Hall (#5122)
Assistant United States Attorney
1313 N. Market St., Suite 400
Wilmington, DE 19899-2046
(302) 573-6277
jennifer.hall@usdoj.gov

*Counsel for the United States of America*

It is SO ORDERED this _____ day of _____, 2018, that the United States has intervened in the case for the limited purpose of defending the constitutionality of Section 227(b)(1)(A)(iii) of the Telephone Consumer Protection Act of 1991.

_____
Honorable Maryellen Noreika
United States District Judge