IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANDREW R. PERRONG, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LIBERTY POWER CORP., L.L.C.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 18-712 (MN)<br>)<br>)<br>)<br>) |

## ORDER

WHEREAS, on May 11, 2018, Plaintiff Andrew R. Perrong ("Plaintiff"), on behalf of himself and all others similarly situated, brought this action against Liberty Power Corp., L.L.C. ("Liberty Power" or "Defendant") for violations of the Telephone Consumer Protection Action ("TCPA"), 47 U.S.C. §227 (D.I. 1);

WHEREAS, on June 26, 2018, Liberty Power filed a Motion to Dismiss Plaintiff's Complaint for Failure to State a Claim and Partial Motion to Dismiss for Lack of Subject Matter Jurisdiction (the "Motion") (D.I. 8) and a supporting opening brief (the "Opening Brief") (D.I. 8-1);

WHEREAS, the Opening Brief raises an argument regarding the constitutionality of the relevant section of the TCPA (D.I. 8-1 at 3-11);

WHEREAS, on June 28, 2018, pursuant to the Federal Rules of Civil Procedure (the "Federal Rules") and the United States Code ("U.S.C."), Liberty Power filed a Notice of Constitution Question (the "Notice") (D.I. 10). (*See* Federal Rule 5.1 and 28 U.S.C. § 2403(a)).

WHEREAS, on June 28, 2018, Liberty Power served the Notice and its Motion and Opening Brief on the Attorney General of the United States via certified mail as required by Federal Rule 5.1(a)(2);

WHEREAS, pursuant to Federal Rule 5.1(c), the United States "may intervene within 60 days after the notice is filed or after the court certifies the challenge, whichever is earlier."[1];

WHEREAS, on August 21, 2018, the United States timely filed an Unopposed Motion for Extension of Time to Decide Whether in Intervene (D.I. 18);

WHEREAS, on August 27, 2018, the Court granted the unopposed motion extending the United States' time to intervene to October 26, 2018;

WHEREAS, this case was reassigned to this Court's docket on September 20, 2018; and

WHEREAS, on October 26, 2018, the United States timely filed a Notice of Intervention in Support of the Constitutionality of the TCPA (D.I. 22) and an Answering Brief in Opposition (the "United States' Brief") to Liberty Power's Motion (D.I. 23).

THEREFORE, IT IS HEREBY ORDERED this 7th day of November 2018 that:

1. Liberty Power and / or Plaintiff may each file a 10-page reply brief in response to the United States' Brief on or before November 14, 2018.

2. If no reply briefs are filed, the Court will decide the Motion to Dismiss on the papers as submitted.

3. The Court has not yet certified the constitutional challenge, but the United States has intervened. The parties or the United States or both shall advise the Court (in letter format) on

---

[1] Pursuant to Federal Rule 5.1(b), "[t]he Court must, under 28 U.S.C. § 2403, certify to the appropriate attorney general that a statute has been questioned." In this case, the Court has not yet certified the challenge.

or before November 14, 2018 if the Court should certify[2] to the United States Attorney General that a constitutional question has been raised in this action, and if so provide any proposed language that the Court should consider in making such a certification.

_____
Maryellen Noreika
United States District Judge

---

[2] Pursuant to Federal Rule 5.1(d), "the court's failure to certify, does not forfeit a constitutional claim or defense. . . ."