

# U.S. Department of Justice

*United States Attorney*
*District of Delaware*

---

*The Hercules Building*
*1313 N. Market Street, Suite 400*
*P. O. Box 2046*                                            *(302) 573-6277*
*Wilmington, Delaware   19899-2046*           *FAX (302) 573-6220*

November 8, 2018

**Via CM/ECF**

The Honorable Maryellen Noreika
United States District Court
J. Caleb Boggs Federal Building
844 King Street
Wilmington, Delaware 19801

Re:  *Perrong v. Liberty Power Corp., L.L.C.*, C.A. No. 18-712-MN

Dear Judge Noreika:

I write on behalf of the United States in response to the Court's November 7, 2018 Order to "advise the Court (in letter format) on or before November 14, 2018 if the Court should certify to the Attorney General that a constitutional question has been raised in this action, and if so provide any proposed language that the Court should consider in making such a certification." (D.I. 25 at 2-3.)

The United States submits that it would be appropriate to certify the constitutional question, in accordance with 28 U.S.C. § 2403. Plaintiff and Defendant agree. A proposed Order is attached.

Respectfully submitted,

DAVID C. WEISS
United States Attorney

BY:   /s/Jennifer L. Hall
Jennifer L. Hall (#5122)
Assistant United States Attorney
1313 N. Market Street, Suite 400
Wilmington, Delaware 19899-2046
Telephone 302-573-6277
Jennifer.hall@usdoj.gov

cc:   All Counsel of Record
       (via CM/ECF)