## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANDREW R. PERRONG, on behalf of himself and all others similarly situated, | |
| *Plaintiffs*, | |
| v. | No. 1:18-cv-712-MN |
| LIBERTY POWER CORP., L.L.C., | |
| *Defendant*. | |

## ORDER

Pursuant to 28 U.S.C. § 2403, the Court hereby certifies that a challenge to the

constitutionality of the Telephone Consumer Protection Act of 1991 ("TCPA"), 47 U.S.C. § 227,

has been raised in this action.

11/9/18

_____
Honorable Maryellen Noreika
United States District Judge