WHITEFORD, TAYLOR & PRESTON LLC

CHAD J. TOMS
PARTNER
DIRECT LINE (302) 357-3253
DIRECT FAX (302) 357-3273
ctoms@wtplaw.com

THE RENAISSANCE CENTRE, SUITE 500
405 NORTH KING STREET
WILMINGTON, DE 19801-3700

MAIN TELEPHONE (302) 353-4144
FACSIMILE (302) 661-7950

DELAWARE*
DISTRICT OF COLUMBIA
KENTUCKY
MARYLAND
MICHIGAN
NEW YORK
PENNSYLVANIA
VIRGINIA

WWW.WTPLAW.COM
(800) 987-8705

December 26, 2018

BY ECF
Hon. Maryellen Noreika, U.S.D.J.
U.S. District Court, D. Del.
844 N. King Street
Wilmington, DE 19801

      Re: *Perrong v. Liberty Power Corp.*, 1:18-cv-712 (MN)

Dear Judge Noreika:

      Aytan Bellin, Esquire and I are counsel for the Plaintiff Andrew Perrong ("Mr. Perrong") in the above entitled matter. Oral argument on Defendant Liberty Power Corp.'s pending motion to dismiss is scheduled for January 10, 2019 before Your Honor. I am writing to inform the Court that Mr. Bellin will be arguing the motion for Mr. Perrong, and that Mr. Bellin will be relying on four additional cases not cited in the parties' briefs. Those cases are: (1) *National Federation of Independent Business v. Sibelius*, 567 U.S. 519 (2012), attached hereto as Exhibit A; (2) *Ayotte v. Planned Parenthood of Northern New England*, 546 U.S. 320 (2006), attached hereto as Exhibit B; (3) *F.C.C. v. Pacifica Foundation*, 438 U.S. 726 (1978), attached hereto as Exhibit C; and (4) *Nittany Outdoor Advertising, LLC v. College Township*, No. 4:12-cv-672 (M.D. Pa. Jul. 22, 2014), attached hereto as Exhibit D.

      I am available at the convenience of the Court should Your Honor have any questions.

                              Respectfully,

                              /s/ Chad J. Toms

December 26, 2018
Page 2

                                                        Chad J. Toms, Esq. (#4155)
                                                        Partner

CJT:trr

cc:    Aytan Bellin, Esquire, Esq. (by ECF)
       Peter S. Murphy, Esq. (by ECF)
       Jennifer Lynne Hall, Esq. (by ECF)

*10028675*