# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANDREW R. PERRONG, on behalf of himself and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>LIBERTY POWER CORP., L.L.C.,<br><br>*Defendant*. | No. 1:18-cv-712-MN |

## UNITED STATES' UNOPPOSED MOTION TO STAY CASE
## IN LIGHT OF LAPSE OF APPROPRIATIONS

The United States of America hereby moves to stay this case.

1.   At the end of the day on December 21, 2018, the appropriations act that had been funding the Department of Justice expired and appropriations to the Department lapsed.

2.   Absent an appropriation, Department of Justice attorneys and employees are prohibited from working, even on a voluntary basis, except in very limited circumstances. 31 U.S.C. § 1342.

3.   Undersigned counsel for the Department of Justice therefore requests a stay of this case until Congress has restored appropriations to the Department.

4.   If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department. The Government requests that, at that point, all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations.

5.      Counsel for the Government has contacted counsel for the other parties, and they do not oppose the relief sought by this motion.

6.      Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the Government hereby moves for a stay of this case until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

          Respectfully submitted,

          DAVID C. WEISS
          United States Attorney

By:   */s/ Jennifer L. Hall*
      Jennifer L. Hall
      Assistant United States Attorney
      1313 N. Market Street
      P.O. Box 2046
      Wilmington, DE 19899-2046
      (302) 573-6277
      jennifer.hall@usdoj.gov
      *Counsel for United States of America*

Dated:  January 3, 2019

## LOCAL RULE 7.1.1 CERTIFICATION

Pursuant to Local Rule 7.1.1, Counsel for the Government contacted counsel for the other parties, who do not oppose this motion.

          */s/ Jennifer L. Hall*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANDREW R. PERRONG, on behalf of himself and all others similarly situated, *Plaintiffs*, v. LIBERTY POWER CORP., L.L.C., *Defendant*. | No. 1:18-cv-712-MN |

## ORDER

**AND NOW,** this _____ day of _____, 2019, upon consideration of the United States' Unopposed Motion to Stay Case in Light of Lapse of Appropriations, and all the papers filed in support thereof and in opposition thereto, **it is hereby ORDERED** that the motion is **GRANTED**, and the case is hereby stayed. The Oral Argument currently set for January 10, 2019 is canceled. Attorneys for the Government shall notify the Court as soon as Congress has appropriated funds for the Department of Justice, and the stay will be lifted at such time. All current deadlines for the parties shall be extended commensurate with the duration of the lapse in appropriations to the Department of Justice.

**IT IS SO ORDERED.**

_____
HONORABLE MARYELLEN NOREIKA
UNITED STATES DISTRICT JUDGE