## WHITEFORD, TAYLOR & PRESTON LLC

CHAD J. TOMS
PARTNER
DIRECT LINE (302) 357-3253
DIRECT FAX (302) 357-3273
ctoms@wtplaw.com

THE RENAISSANCE CENTRE, SUITE 500
405 NORTH KING STREET
WILMINGTON, DE 19801-3700

MAIN TELEPHONE (302) 353-4144
FACSIMILE (302) 661-7950

DELAWARE*
DISTRICT OF COLUMBIA
KENTUCKY
MARYLAND
MICHIGAN
NEW YORK
PENNSYLVANIA
VIRGINIA

WWW.WTPLAW.COM
(800) 987-8705

June 21, 2019

**VIA ECF**
Hon. Maryellen Noreika, U.S.D.J.
U.S. District Court, D. Del.
844 N. King Street
Wilmington, DE 19801

        Re: *Perrong v. Liberty Power Corp.*, 1:18-cv-712 (MN)

Dean Judge Noreika:

    I, and Aytan Y. Bellin of Bellin & Associates LLC, who is admitted *pro hac vice*, represent Plaintiff Andrew Perrong and the proposed Class in the above-entitled case. We are writing this letter to inform the Court about a decision issued last week by the Ninth Circuit that is relevant to Defendant's motion to dismiss currently pending before this Court.

    In *Duguid v. Facebook, Inc.*, --- F.3d ---, 2019 WL 2454853 (9th Cir. Jun. 13, 2019) (attached), the Ninth Circuit followed the Fourth Circuit's ruling in *American Association of Political Consultants, Inc. v.* 923 F.3d 159 (4th Cir. 2019), and held that even though the Government-Debt Exception violated the First Amendment, the Government-Debt Exception was severable from the remainder of the TCPA, which would remain in force. *Duguid* at *8. The Ninth Circuit's severability ruling was based both on the severability provision contained in 47 U.S.C. § 608, which covers the TCPA, and the fact that the TCPA "had been fully operative for more than two decades" when the Government Debt exception was added to the TCPA in 2015, thus showing that that exception "did not suddenly and silently become so integral to the TCPA that the statute could not function without it." *Id.* (internal quotation marks omitted). The Ninth Circuit indicated that *Rappa v. New Castle County*, 18 F.3d 1043, 1073 (3rd Cir. 1994), relied upon by the Defendant here, was not to the contrary because the above two rationales for severing the Government-Debt Exception from the TCPA were "*specific evidence of a legislative preference* for elimination of the [Exception]." *Duguid*, at *8 (quoting *Rappa*, 18 F.3d at 1073).

    Accordingly, for the above stated reasons, and for the reasons discussed in Mr. Perrong's previous submissions to this Court, Defendant's motion to dismiss should be denied.

*\*\*Whiteford, Taylor & Preston LLC is a limited liability company. Our offices outside of Delaware operate under a separate Maryland limited liability partnership, Whiteford, Taylor & Preston L.L.P.*

June 21, 2019
Page 2

                                          Respectfully submitted,

                                          /s/ *Chad J. Toms*
                                          Chad J. Toms, Esq. (DE# 4155)
                                          Whitford, Taylor & Preston, L.L.C.
                                          405 King Street
                                          Wilmington, DE 19801-3700
                                          Tel: (302) 357-3253
                                          Fax: (302) 357-3723
                                          Email: ctoms@wtplaw.com

                                          Aytan Y. Bellin, Esq. (*pro hac vice*)
                                          Bellin & Associates LLC
                                          50 Main Street, Suite 1000
                                          White Plains, NY 10606
                                          Tel: (914) 358-5345
                                          Fax: (212) 571-0284
                                          Email: aytan.bellin@bellinlaw.com

                                          *Attorneys for Plaintiff and the Proposed Class*

CJT:trr
Encls.
cc:     Aytan Bellin, Esquire (VIA ECF)
         Laura D. Hatcher, Esquire (VIA ECF)
         Jennifer Lynne Hall, Esquire (VIA ECF)
         Alexandra Rogin, Esquire (VIA ECF)
         Anjali Motgi, Esquire (VIA ECF)

*10089611*