# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANDREW R. PERRONG, )<br> )<br>   Plaintiff, )<br> )<br>v. )<br> )<br>LIBERTY POWER CORP, L.L.C., )<br> )<br>   Defendant. ) | Case No. 1:18-cv-000712-MN<br><br>CLASS ACTION |

## DEFENDANT'S MOTION TO AMEND ORDER DENYING MOTION
## TO DISMISS AND TO CERTIFY INTERLOCUTORY APPEAL

Defendant, Liberty Power Corp, L.L.C. ("Defendant"), by its counsel, hereby moves to amend the Court's September 30, 2019 order denying its motion to dismiss and to certify for interlocutory appeal. The grounds for this motion are set forth more fully in the accompanying Opening Brief in Support.

Respectfully submitted,

**ECKERT SEAMANS CHERIN & MELLOTT, LLC**

/s/ Alexandra D. Rogin
Alexandra D. Rogin, Esq. (Bar No. 6197)
222 Delaware Avenue, 7th Floor
Wilmington, DE 19801
Telephone: 302-552-2935; Facsimile: 302-574-7401
arogin@eckertseamans.com
*Attorney for Defendant*

Charles A. Zdebski, Esq. (*admitted pro hac vice*)
Robert J. Gastner, Esq. (*admitted pro hac vice*)
Jeffrey P. Brundage, Esq. (*of counsel*)
1717 Pennsylvania Ave., N.W., 12th Floor
Washington, D.C. 20006
Telephone: 202-659-6676
czdebski@eckertseamans.com
jbrundage@eckertseamans.com
jgastner@eckertseamans.com
*Co-counsel for Defendant*

Dated: October 30, 2019