# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| ANDREW R. PERRONG, on behalf of himself and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> LIBERTY POWER CORP., LLC <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 1:18-cv-712-MN |

## NOTICE OF SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE of the substitution of counsel for intervenor, the United States of America. Jonathan D. Kossak, an attorney with the United States Department of Justice, Civil Division, hereby enters his appearance and will replace Anjali Motgi, also of the Civil Division, who should be withdrawn as counsel for intervenor.

Dated: December 16, 2019

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

ERIC R. WOMACK
Assistant Director, Federal Programs Branch

/s/ *Jonathan D. Kossak*
JONATHAN D. KOSSAK
Trial Attorney (DC Bar # 991478)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Tel. (202) 305-0612

1

Fax. (202) 616-8460
Email: jonathan.kossak@usdoj.gov

DAVID C. WEISS
United States Attorney

Laura D. Hatcher (#5098)
Assistant United States Attorney
1313 N. Market St., Suite 400
(302) 573-6277
Laura.hatcher@usdoj.gov

Counsel for the United States of America

## **CERTIFICATE OF SERVICE**

I hereby certify that I filed the foregoing Notice of Substitution of Counsel with the Clerk of the Court through the ECF system on December 16, 2019. This system provided a copy to and effected service of this document on all parties.

*/s/ Jonathan D. Kossak*
Jonathan D. Kossak