

Eckert Seamans Cherin & Mellott, LLC    TEL: 215 851 8400
Two Liberty Place    FAX: 215 851 8383
50 South 16th Street, 22nd Floor
Philadelphia, PA 19102

Alexandra D. Rogin, Esquire
302.552.2935
arogin@eckertseamans.com

January 14, 2020

<u>*Via Electronic Filing & Hand Delivery*</u>
The Honorable Maryellen Noreika, U.S.D.J.
U.S. District Court, D. Del.
844 N. King Street
Wilmington, DE 19801

    **Re:**    <u>*Perrong v. Liberty Power Corp.*,</u>
             <u>*Case No. 1:18-cv-712-MN*</u>

Dear Judge Noreika:

Liberty Power Corp. ("Defendant") submits this letter to alert the Court and parties of the United States Supreme Court's recent decision to grant certiorari in one of the three petitions currently pending before that Court regarding the constitutionality of the TCPA: *Barr v. American Association of Political Consultants*.[1]

As Your Honor is aware, Defendant's motions to stay and to certify for interlocutory appeal are currently pending before this Court. (D.I. 53, 54, 55, 58, 60, 61). In support of its requested relief, Defendant relied in part on three recent petitions for writ of certiorari filed with the Supreme Court. While it is not yet clear whether the Supreme Court will grant each of the TCPA petitions, with the *Barr* case, the Supreme Court has explicitly agreed to consider the constitutionality of the government-debt exception to the TCPA, and "whether the proper remedy for any constitutional violation is to sever the exception from the remainder of the statute."[2] This recent development weighs directly on the issues presently before the Court in this case.

We remain available at the convenience of the Court should Your Honor have any questions or concerns.

                            Respectfully Submitted,

                            Alexandra Rogin (#6197)
                            For Eckert Seamans Cherin & Mellott, LLC

cc: All counsel of record (via ECF)

---

[1] The *Barr* Petition for a Writ of Certiorari was attached as Exhibit B to Liberty Power's Reply Brief in Further Support of Defendant's Motions to Amend Order Denying Motion to Dismiss and to Certify Interlocutory Appeal, and to Stay Proceedings. (D.I. 61, Ex. B).

[2] *See* Questions Presented *available at* https://www.supremecourt.gov/qp/19-00631qp.pdf.