# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANDREW R. PERRONG, on behalf of himself and all other similarly situated ) ) ) | |
| Plaintiff, ) ) | Case No. 1:18-cv-000712-MN |
| v. ) ) | CLASS ACTION |
| LIBERTY POWER CORP, L.L.C., ) ) | |
| Defendant. ) | |

## JOINT NOTICE OF SETTLEMENT

**PLEASE TAKE NOTICE** that Plaintiff, Andrew Perrong, on behalf of himself and all others similarly situated ("Plaintiff"), and Defendant, Liberty Power Corp., L.L.C. ("Defendant"), by and through their respective counsel of record, have reached a settlement in principle in the above-captioned case. The parties are in the process of documenting a full settlement and release agreement. It is anticipated that a dismissal with prejudice of the claims between Plaintiff and Defendant pursuant to the Federal Rules of Civil Procedure will be filed within sixty (60) days of the date of this Notice. Plaintiff and Defendant request excusal from any upcoming filing and appearance requirements.

Dated: August 31, 2020                                     Respectfully Submitted,

**WHITEFORD TAYLOR & PRESTON LLC**          **ECKERT SEAMANS CHERIN & MELLOTT LLC**

*/s/    Chad J. Toms                          .*           */s/   Alexandra D. Rogin                          .*
Chad J. Toms, Esq. (Bar No. 4155)              Alexandra D. Rogin, Esq. (Bar No. 6197)
The Renaissance Centre                         222 Delaware Avenue, 7th Floor
405 N. King Street, Suite 500                  Wilmington, DE 19801
Wilmington, DE 19801                           Telephone: 302-552-2935
Telephone: 302-357-3253                        arogin@eckertseamans.com
ctoms@wtplaw.com

*Attorney for Plaintiff*                        *Attorney for Defendant*