**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ANDREW R. PERRONG, on behalf of himself and all other similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> LIBERTY POWER CORP, L.L.C., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) Case No. 1:18-cv-712-MN ) ) ) ) ) ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their undersigned counsel, that the above-captioned matter is hereby dismissed with prejudice, each party to bear its own costs, expenses and attorney's fees.

Dated: January 14, 2021

**WHITEFORD TAYLOR & PRESTON LLC**

By: /s/ Chad J. Toms
Chad J. Toms, Esq. (DE # 4155)
The Renaissance Centre
405 N. King Street, Suite 500
Wilmington, DE 19801
Telephone: 302-357-3253
ctoms@wtplaw.com
*Counsel for Plaintiff*

By: /s/ Laura D. Hatcher
Laura D. Hatcher, Esq. (DE # 5098)
Assistant United States Attorney
1313 N. Market Street, Suite 400
Wilmington, DE 19899-2046
Telephone: 302-573-6277

**ECKERT SEAMANS CHERIN & MELLOTT, LLC**

By: /s/ Alexandra D. Rogin
Alexandra D. Rogin, Esq. (DE # 6197)
222 Delaware Avenue, 7th Floor
Wilmington, DE 19801
Telephone: 302-552-2935
arogin@eckertseamans.com
*Counsel for Defendant*
*Liberty Power Corp., L.L.C.*

Laura.hatcher@usdoj.gov
*Counsel for the United States of America*

SO ORDERED this _____ day of _____, 20__.

_____
Hon. Maryellen Noreika
UNITED STATES DISTRICT COURT JUDGE

*11617748*