**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ANDREW R. PERRONG, <br> on behalf of himself and <br> all other similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> LIBERTY POWER CORP, L.L.C., <br><br> Defendant. | Case No. 1:18-cv-712-MN |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their undersigned counsel, that the above-captioned matter is hereby dismissed with prejudice, each party to bear its own costs, expenses and attorney's fees.

Dated: January 14, 2021

| **WHITEFORD TAYLOR & PRESTON LLC** | **ECKERT SEAMANS CHERIN & MELLOTT, LLC** |
|---|---|
| By: /s/ Chad J. Toms <br> Chad J. Toms, Esq. (DE # 4155) <br> The Renaissance Centre <br> 405 N. King Street, Suite 500 <br> Wilmington, DE 19801 <br> Telephone: 302-357-3253 <br> ctoms@wtplaw.com <br> *Counsel for Plaintiff* | By: /s/ Alexandra D. Rogin <br> Alexandra D. Rogin, Esq. (DE # 6197) <br> 222 Delaware Avenue, 7th Floor <br> Wilmington, DE 19801 <br> Telephone: 302-552-2935 <br> arogin@eckertseamans.com <br> *Counsel for Defendant* <br> *Liberty Power Corp., L.L.C.* |

By: /s/ Laura D. Hatcher
Laura D. Hatcher, Esq. (DE # 5098)
Assistant United States Attorney
1313 N. Market Street, Suite 400
Wilmington, DE 19899-2046
Telephone: 302-573-6277

Laura.hatcher@usdoj.gov
*Counsel for the United States of America*

SO ORDERED this 14th day of January 2021.

_____
The Honorable Maryellen Noreika
United States District Judge